IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Francine Knight, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>Carolyn W. Colvin, Acting Commissioner )<br>of Social Security Administration, )<br>)<br>    Defendant. )<br>)<br>_____) | Civil Action No. 0:11-3426-RMG<br><br>**ORDER** |

This matter comes before the Court on Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Dkt. No. 37). Plaintiff seeks an award of $4,224.88 for attorney's fees, based upon 23.15 hours of attorney time at a rate of $182.50. (Dkt. No. 37-3). The Defendant has advised the Court that he has no objection to the grant of the requested award to Plaintiff. (Dkt. No. 39).

The Court has reviewed the motion and memorandum of Plaintiff, as well as the supporting underlying documentation, and finds that the total fee request, hours expended, and hourly rate, are reasonable and authorized under applicable law. *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002). Therefore, the Court hereby grants an attorney's fee award to Plaintiff under EAJA in the amount of $4,224.88. Defendant is directed to make the check payable to Plaintiff and to deliver the check to Plaintiff's counsel.

AND IT IS SO ORDERED.

                                                            Richard Mark Gergel
                                                            United States District Judge

June 24, 2013
Charleston, South Carolina