## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

Francine Yvonne Knight,                    )
                                           )
                    Plaintiff,             )      Civil Action No. 0:11-3426-RMG
                                           )
        vs.                                )
                                           )
Carolyn D. Colvin, Acting Commissioner     )
of Social Security,                        )
                                           )      **ORDER**
                    Defendant.             )
                                           )
_____)

This matter comes before the Court on Plaintiff's motion for approval of attorney's fees

under 42 U.S.C. § 406(b). (Dkt. No. 41). Plaintiff has informed the Court that she was

ultimately awarded Social Security disability benefits as a result of this present action and

received a lump sum back benefits award of $48,461.90. (Dkt. No. 41-1). She further has

informed the Court that she previously had withheld $6,000.00 for attorney's fees at the

administrative level and now seeks approval of an additional attorney's fee of $6,115.48 for

attorney time expended in handling this appeal. (*Id.* at 1-2). Plaintiff recognizes that should this

Court approve the requested attorney fee under § 406(b) she is entitled to a refund from her

attorney of previously awarded Equal Access to Justice Act (EAJA) fees in the amount of

$4,224.88. (*Id.* at 2). The Defendant has advised the Court that she does not oppose the approval

of Plaintiff's attorney fee under § 406(b). (Dkt. No. 42).

The Court has reviewed the Plaintiff's motion in light of the standards set forth in

*Grisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002). The Court finds that pursuant to the

-1-

*Grisbrecht* standards the proposed fee is reasonable and grants the Plaintiff's motion to approve the fee in the amount of $6,115.48. Since Plaintiff is entitled to an offset for previously awarded EAJA fees, Plaintiff's counsel is directed that upon receipt of the fee award approved herein to refund to Plaintiff $4,224.88.

     AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

October 17, 2014
Charleston, South Carolina